IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

In re:

LARRY G MAYS III and
KIMBERLY LYNN MAYS

Debtors.

In Chapter 13 Proceeding
NO. **13-47611-BDL**

**Order Avoiding Judgment Lien**

---

IT IS ORDERED AS FOLLOWS that the judgment liens of the following creditor is declared null and void with respect to the property commonly known as **1505 Reynolds Ave., Centralia WA 98531** as follows as long as the Debtors successfully complete their Chapter 13 Plan and obtain a discharge in this case:

Portfolio Recovery Associates, LLC vs. Kimberly L. Conley in the approximate amount of $2448.78 entered on or about February 11, 2015 with Case No. 14-C0982 in the District Court of Lewis County in and for the State of Washington.

/// end of order///

Presented by:
/s/ Ellen Ann Brown
**Ellen Ann Brown** WSBA 27992
Attorney for Debtor(s)

BROWN AND SEELYE
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
888-873-1958